

# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00929-CV

**IN RE** Tracey **MURPHY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Irene Rios, Justice

On December 6, 2018, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 14, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-04-00091-CVK, styled *Tracey W. Murphy v. D'Ann Mayfield, et al.*, pending in the 81st Judicial District Court, Karnes County, Texas, the Honorable Donna S. Rayes presiding.